UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARNIE JUDKINS and
PHILLIS JUDKINS,

                  Plaintiffs,                  No. 13-CV-12357

vs.                                         Hon. Gerald E. Rosen

HSBS MORTGAGE SERVICES,

                  Defendant.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION AND DISMISSING PLAINTIFF'S COMPLAINT

        At a session of said Court, held in
        the U.S. Courthouse, Detroit, Michigan
        on March 26, 2014

        PRESENT:   Honorable Gerald E. Rosen
                                 United States District Chief Judge

This matter having come before the Court on the January 13, 2014 Report and Recommendation of United States Magistrate Judge David R Grand recommending that the Court grant Defendant's Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) and dismiss Plaintiff's Complaint, in its entirety, with prejudice; and no timely objections to the Magistrate Judge's Report and Recommendation having been filed; and the Court having reviewed the Magistrate Judge's Report and Recommendation, and the Court's file of this action and having concluded that, for the reasons stated in the Report and Recommendation, Plaintiff's Complaint this case should be dismissed in its entirety, with prejudice, and the

Court being otherwise fully advised in the premises,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation of January 13, 2014 **[Dkt. # 12]** be, and hereby is, adopted by this Court.

IT IS FURTHER ORDERED that for the reasons set forth in the Magistrate Judge's Report and Recommendation, Defendant's June 5, 2013 Motion to Dismiss **[Dkt. # 4]** is GRANTED. Accordingly,

IT IS FURTHER ORDERED that Plaintiff's Complaint is hereby DISMISSED, with prejudice.

                                          S/Gerald E. Rosen
                                          Chief Judge, United States District Court

Dated: March 26, 2014

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 26, 2014, by electronic and/or ordinary mail.

                                          S/Julie Owens
                                          Case Manager, (313) 234-5135